IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM ERIC GREEN,

   Petitioner,

     v.

D. DREW WARDEN,

   Respondent.

CIVIL ACTION FILE
NO. 1:17-CV-1305-TWT

**ORDER**

This is a pro se habeas corpus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending dismissing the action for failure to exhaust administrative remedies. The Petitioner objects to the Report and Recommendation, and argues that the exhaustion requirement should not apply because the Warden has been late in responding to the Petitioner's filed grievance. This is not a good reason to ignore the exhaustion requirement. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

T:\ORDERS\17\Green\r&r.wpd

SO ORDERED, this 26 day of April, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge